FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 13 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

PACCAR FINANCIAL CORP.                                          PLAINTIFF

VS.                       CASE NO. 5:16-cv-00026-JM

JOHN KNOLL and KARREN KNOLL                                     DEFENDANTS

## RESPONSES TO REQUESTS FOR ADMISSION TO KARREN KNOLL

**REQUEST FOR ADMISSION NO.1:** Admit that a true and correct copy of the Seller's Assignment of Contract 1 from Peterbilt Truck Center of Little Rock, LLC to PACCAR Financial Corporation is attached as Exhibit 3 to the copy of the Complaint attached to these requests.

**Don't know, so deny.**

**REQUEST FOR ADMISSION NO.2:** Admit that PACCAR Financial Corporation is the current holder of Contract 1.

**Don't know, so deny.**

**REQUEST FOR ADMISSION NO.3:** Admit that a true and correct copy of the personal guaranty signed by Karren Knoll related to Contract 1 is attached to the Complaint as Exhibit 2.

**Karren didn't sign Contract 1, so deny.**

**REQUEST FOR ADMISSION NO.4:** Admit that as of January 26, 2016, you and John Knoll are indebted to PACCAR under the terms of Contract 1 in the amount of $342,232.35, plus interest at the rate of 6.8% per annum until paid, costs and attorneys' fees.

**Deny**

**REQUEST FOR ADMISSION NO.5:** Admit that a true and correct copy of Contract 2 is attached to the Complaint as Exhibit 5.

**Admit**

**REQUEST FOR ADMISSION NO. 6:** Admit that a true and correct copy of the Seller's Assignment of Contract 2, from Peterbilt Truck Center of Little Rock, LLC to PACCAR Financial Corporation is attached to the Complaint as Exhibit 6.

**Deny. Exhibit 6 is a Security Agreement.**

1

**REQUEST FOR ADMISSION NO.7:** Admit that payments were owed under Contract 1 and Contract 2.

**Deny. Peterbilt and PACCAR breached any contract.**

**REQUEST FOR ADMISSION NO.8:** Admit that a true and correct copy of the Cross Default and Cross Collateral Agreement is attached to the Complaint as Exhibit 8.

**Don't know and don't understand so deny.**

**REQUEST FOR ADMISSION NO. 9:** Admit that you signed Exhibit 8 to the Complaint.

**Admit**

**REQUEST FOR ADMISSION NO. 10:** Admit that you failed to make payments owed under Contract 2.

**Payments were not owed, so deny.**

**REQUEST FOR ADMISSION NO. 11:** Admit that as of January 26, 2016, you and John Knoll are indebted to PACCAR under the terms of Contract 2 in the amount of $216,274.53, plus interest at the rate of 6.8% per annum until paid, costs, and attorneys' fees.

**Deny**

A copy of this document was sent on ___6-10-16___, 2016, to Charles T. Coleman at 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas, 72201.

_Karren Knoll_
Karren Knoll

2